IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAMONT CLIFFORD KING, #466560
    Plaintiff,

vs.                                                           Case No.: 3:10cv258/RV/EMT

JAMES SHEPPARD, Chief Health Officer;
JOHN LOVELACE, Senior Registered Nurse,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 23, 2012 (doc. 81). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 26th day of November, 2012.

                                         /s/ *Roger Vinson*
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**